MODERN TRUCK RENTING SERVICE CORP., Appellant, v. ADMIRATION COAT APRON & TOWEL SUPPLY CO., INC., Defendant, and STANDARD COAT APRON & LINEN SERVICE, INC., Respondent.—

No opinion.  Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.